

**ORDERED in the Southern District of Florida on August 20, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In Re:
2960 Romero

        Debtor.

_____/

Case No: 20-18850-LMI
Chapter 13

### ORDER GRANTING EX-PARTE MOTION TO CORRECT DEBTORS NAME

This matter came before the court on Ex-Parte Motion to Correct the Debtors Name. The court having reviewed said motion, and being fully advised hereby:

1. Debtor's Ex-Parte Motion to correct name is GRANTED.

2. The clerk of the court is directed to correct the debtors name to Vincente Romero on the docket.

###

Copies furnished to:

*Attorney Robert Sanchez, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court*