RE: Vicente Romero                                                                                          Case # 20-18850 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 9/1/20

   Tax returns: 2018-2019        Corporate Tax Returns:

✔ Photo ID              LF 90        LF 67        LF 10

   Plan does not fund properly

   Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

   Missing 2016(B)                 ✔ Missing Attorney's Declaration & 341 Written Quest.

   Other provisions:    IVL        100%        Lawsuit    Gambling    MMM

   Reaffirm, redeem or surrender Sch D or G creditor:

   MMM Motion not filed    Valuation motion not filed        Lien Avoidance motion not filed

   Priority debt on Schedule E not in plan:

   Creditor in Plan is not listed in Schedules or has not filed a POC:

   Creditor paid through the Plan has not filed a POC:

   Object or Conform to Proof of Claim:    Miami-Dade County    Tax Certificate (DE#   )    Dept of Revenue
      IRS

   OTHER PLAN ISSUES:

   Real Estate FMV and Payoff:

   Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:

   Other:

✔ Bank Account Statements  ✔ 3 months pre-petition #1838 (7/15-8/18), #3127 (7/11-8/18)

   Copy of check(s) and/or explanation:

   Explanation of withdrawal(s):

   401K/Retirement/Pension            Annuity            Life Insurance Policy

   Domestic Support Obligation form complete with info: name, address and phone

✔ Wage deduction order or Motion to waive

   BDQ & attachments        Profit/loss    Balance Sheet

   Business Bank statements and checks    3 months pre-petition

   Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was   served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*